UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KITCHEN INVESTMENT GROUP, INC., d/b/a COUNTRY KITCHEN INTERNATIONAL, | ) ) ) ) | Civil Action No.: 3-02-05038-DW |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | ) ) | |
| RICHARD MEYERS, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, Kitchen Investment Group, Inc., and defendant, Richard Meyers, by and through their undersigned counsel, hereby stipulate that the Court may enter an order dismissing, without prejudice, and without the award of any costs or disbursements, the action filed by plaintiff against defendant, Richard Meyers, and the counterclaim filed by defendant against plaintiff, Kitchen Investment Group, Inc.

Dated: 7/30, 2002

ARMSTRONG TEASDALE, LLP

By_____
Jill A. Morris
MO Attorney No. 45813
One Metropolitan Square, Suite 2600
St. Louis, MO 63102
Telephone: (314) 621-5070

and

William L. Killion, *pro hac vice*
MN Attorney No. 55700
Jason J. Stover, *pro hac vice*
MN Attorney No. 30573X
Monica Traxler Payne
MN Attorney No. 031240X
GRAY, PLANT, MOOTY,
   MOOTY & BENNETT, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

ATTORNEYS FOR PLAINTIFF KITCHEN
INVESTMENT GROUP, INC.

Dated: July 25, 2002

LATHROP & GAGE L.C.

By /s/ Blaine C. Kimrey
Blaine C. Kimrey
MO Attorney No. 50074
2345 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 292-2000

ATTORNEYS FOR DEFENDANT
RICHARD MEYERS

## ORDER OF DISMISSAL

IT IS SO ORDERED.

Dated: _____, 2002

BY THE COURT:

_____
The Honorable Dean Whipple
United States District Court Judge

GP:901814 v1